IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LONELL I FORT**　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　**CASE NO. 4:21-CV-00728-BSM**

**LONNELL I FORT,** *et al.*　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Lonnell Fort's complaint [Doc. No. 2] is dismissed without prejudice because he failed to pay the filing fee or submit a complete motion to proceed *in forma pauperis*. *See* Doc. No. 3.

IT IS SO ORDERED this 5th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE