IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LONELL I FORT**                                                                                  **PLAINTIFF**

v.                              **CASE NO. 4:21-CV-00728-BSM**

**LONNELL I FORT,** *et al.*                                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of October, 2021.

                                                                                          _____
                                                                                          UNITED STATES DISTRICT JUDGE